ORIGINAL

# In The United States Court of Federal Claims

## Cover Sheet

05 - 107C

Plaintiff(s) or Petitioner(s)
United Pacific Insurance Company, Reliance Insurance Company, and Reliance National

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Gary A. Wilson

Firm Name: Duane Morris LLP

Post Office Box:

Street Address: 4200 One Liberty Place

City-State-Zip: Philadelphia, PA 19103-7396

Telephone & Facsimile Numbers: 215-979-1000 (fax) 215-979-1020

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: [1] [3] [0]

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: [A] [F] [ ]

See attached sheet for three digit codes.

Amount Claimed: $ 2,864,244.94

Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only) ______________

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.