# In the United States Court of Federal Claims

**No. 05-107C**
**(Filed: February 3, 2005)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **UNITED PACIFIC INSURANCE CO., RELIANCE INSURANCE CO., and RELIANCE NATIONAL,** | * |
| **Plaintiffs,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * | |

**ORDER**

The above-captioned case was designated as an electronic case in the court's case management/electronic case filing (CM/ECF) system, requiring that all filings be done electronically. The court is in receipt of defendant's notice of appearance, which is deficient because it was not filed electronically.

The Clerk of the Court is directed to file by my leave defendant's notice of appearance. Future filings shall be filed electronically in compliance with General Order NO. 42A, which is available at the court's public website (www.uscfc.uscourts.gov).

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges