ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
FEB 3 2005
U.S. COURT OF FEDERAL CLAIMS

By Leave of the Judge

UNITED PACIFIC INSURANCE COMPANY, RELIANCE INSURANCE COMPANY, AND RELIANCE NATIONAL,
Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 05-107C
(Judge Firestone)

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Michael O'Connell as Trial Attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Michael O'Connell
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street NW

Dated: February 1, 2005

Michael M. O'Connell
Michael O'Connell
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 307-0282
Fax: (202) 514-7965

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 1st day of February I caused to be placed in the United States mail (first-class mail, postage prepaid) copies of "NOTICE OF APPEARANCE" addressed as follows:

Gary A. Wilson
Salil P. Patel
DUANE MORRIS, LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

D Moore

Docket No. 05-107

UNITED STATES COURT OF FEDERAL CLAIMS

**MEMORANDUM**

TO: JUDGE ~~Williams~~ Firestone
FROM: CLERK'S OFFICE

The attached was received on 2/1/05
and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ____________ [Rule 7.2]

2. ____ Proof of service: [Rule 5.1]
____ is missing; ____ is not signed and/or dated;
____ shows service on wrong attorney or of wrong item;
____ is not attached to each document or copy

3. ____ Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ____ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief and in front of the appendix |
| ____ | 5.2(b) | Re: length of briefs or memorandum |
| ____ | 5.3(c) | Re: binding |
| ____ | 5.3(d) | Re: original/copies missing |
| ____ | 5.3(g) | Re: Judge's name on all filings |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 24(c) | Re: motion to be accompanied by a pleading |
| ____ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ____ | 56.1(b) | Re: statement of facts and/or counter-statement of facts is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ______ | Re: ____________________ |

5. ____ Original affidavit(s)/declaration(s) is/are missing
6. ____ No provision in the Rules (or court order) for the filing of this item
7. ✓ This case has been designated as an *ECF* case.
8. ____ ______________________________

[signature]
Deputy Clerk