**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| UNITED PACIFIC INSURANCE COMPANY, RELIANCE INSURANCE COMPANY, and RELIANCE NATIONAL<br><br>vs.<br><br>THE UNITED STATES OF AMERICA, DEPARTMENT OF THE AIR FORCE | No. 1:05-CV-00107 |

**NOTICE OF CHANGE OF ADDRESS OF COUNSEL PURSUANT TO RCFC 83.1(c)(3)**

Pursuant to RCFC 83.1(c)(3), this is notification of the change of address and firm for Gary Alan Wilson, Esquire, lead attorney for Plaintiffs United Pacific Insurance Company, Reliance Insurance Company and Reliance National, relative to the above-captioned matter. The new address and firm for Gary Alan Wilson, Esquire is set forth below.

Respectfully submitted,

POST & SCHELL, P.C.

/s/ Gary Alan Wilson

Gary Alan Wilson, Esquire
Attorney ID #39995
Four Penn Center
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103-2808
(215) 587-1000
Fax: (215) 587-1444
gwilson@postschell.com

Lead Attorney for Plaintiffs, United Pacific Insurance Company, Reliance Insurance Company and Reliance National

Date: March 1, 2005

**CERTIFICATE OF SERVICE**

I, Gary Alan Wilson, Esquire, of Post & Schell, P.C., hereby certify that I am serving the within *Notice of Change of Address of Counsel Pursuant to RCFC 83.1 (c)(3)* on the person and in the manner as set forth below:

**Via First Class Mail**

Michael N. O'Connell, Jr., Esquire
U.S. Department of Justice
Commercial Litigation Branch
1100 L Street, N.W.
8th Floor
Washington, DC 20530

POST & SCHELL, P.C.

/s/ Gary Alan Wilson
Gary Alan Wilson, Esquire

Dated: March 1, 2005