IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED PACIFIC INSURANCE COMPANY, RELIANCE INSURANCE COMPANY, and RELIANCE NATIONAL<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-107C<br>(Judge Firestone) |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant respectfully requests a two week enlargement of time, from March 14, 2005 to March 28, 2005 to file its response to the complaint. This is defendant's first request for an enlargement of time for this purpose. Defendant's counsel has discussed this request with Gary Wilson, counsel for plaintiffs, who opposes this request.

This request is necessitated by the fact that defendant's counsel has multiple concurrent projects. On March 8, 2005, defendant's counsel has an oral argument in Ide v. Social Security Administration, Fed. Cir. 04-3285. On March 10, 2005 defendant's counsel is scheduled to attend a settlement conference in American Renovation & Construction v. United States, Fed. Cl. No. 03-1798. On March 11, 2005 defendant is scheduled to file a motion for summary judgment in Frank v. United States, Fed. Cl. No. 04-214. On March 17, 2005 defendant's counsel is filing a supplemental brief in Star-Glo v. United States, Fed. Cir. No. 04-5074.

For the foregoing reasons, defendant respectfully requests a two week enlargement of time to file its response to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/ Michael N. O'Connell
MICHAEL O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
ATTN: Classification Unit
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 353-1618
Facsimile: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:
WILLIAM M. LACKERMANN, JR.
Air Force Materiel Command Law Office
Wright Patterson Air Force Base
Dayton, OH

DATED: March 8, 2005

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March, 2005, a copy the foregoing of "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that a copy of the motion will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael N. O'Connell