**No. 05-107C**
**(Filed: March 10, 2005)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **UNITED PACIFIC INSURANCE** | * |
| **CO., RELIANCE INSURANCE CO.,** | * |
| **and RELIANCE NATIONAL,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**ORDER**

The court is in receipt of defendant's motion, filed March 8, 2005, for a two week enlargement of time to respond to plaintiff's complaint. Plaintiff opposes defendant's request for time. After consideration the court **GRANTS** defendant's motion for time. Accordingly, defendant shall file its response by **March 28, 2005**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges