DIVISION 1

GENERAL REQUIREMENTS

SECTION 01000

STATEMENT OF WORK

PART I - GENERAL

1.01 DESCRIPTION OF WORK: The contractor shall provide all plant, labor, tools, equipment, appliances, and materials, and perform all work necessary to renovate the interiors and exteriors of three buildings and construct two new connecting structures at the 2400 area, in strict accordance with the specifications and drawings forming parts thereof, subject to the terms and conditions of the contract.

1.02 LOCATION: The work site is located at McGuire AFB, New Jersey, in and around Buildings 2401, 2402 and 2403.

1.03 PRINCIPAL FEATURES: The work to be performed includes the principal features listed below. This general outline of principal features does not in any way limit the responsibility of the contractor to perform all work and furnish all plant labor and material required by the specifications and drawings and to perform a complete and permanent job to adequately fulfill the intent of these specifications.

1. Features common to Buildings 2401, 2402 and 2403:

A. Removal of:

1. Cement asbestos siding (Asbestos containing material)
2. Window and trim
3. Exterior and interior doors, frames and hardware
4. Gypsum board
5. Selected wood partitions
6. Suspended acoustic and gypsum board ceilings
7. Wall insulation
8. Carpet
9. Vinyl floor tile
10. Vinyl asbestos tile (asbestos containing material)
11. Concrete foundations

12. Plumbing fixtures and piping
13. Electrical water coolers
14. Fire hose cabinets

15. Radiators and piping
16. Air handling units, associated ductwork, grilles and diffusers

14 | 14 PAGES

# ABSTRACT OF OFFERS - CONSTRUCTION CONTINUATION SHEET

1. SOLICITATION NUMBER
F28609-95-BA044

INSTRUCTIONS - Attach this form to OF 1419, Abstract of Offers - Construction, when more than 2 offers are received on a construction project. Each Continuation Sheet will accomodate 14 contract items to conform to the number of items which can be entered on the OF 1419. Use additional OF 1419's for contract items in excess of 14 and attach additional Continuation Sheets (OF 1419A) as needed.

2. PROJECT TITLE
RENOVATE BLDGS 2401, 2402 2403 AT MCGUIRE AFB

4. OFFERS (Continued)

| | | | NO: 3 | | NO: 4 | | NO: | | NO: | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | A. OFFEROR Tri-State Design Ft. Washington M. | | A. OFFEROR Castle Abatement Belleville NJ. | | A. OFFEROR | | A. OFFEROR | |
| | | | B. BID SECURITY (Type and Amount) | | B. BID SECURITY (Type and Amount) | | B. BID SECURITY (Type and Amount) | | B. BID SECURITY (Type and Amount) | |
| | | | C. AMENDMENTS ACKNOWLEDGED | | C. AMENDMENTS ACKNOWLEDGED | | C. AMENDMENTS ACKNOWLEDGED | | C. AMENDMENTS ACKNOWLEDGED | |
| CONTRACT ITEMS | | | | | | | | | | |
| A. ITEM NO. | B. ESTIMATED QUANTITY | C. UNIT | D. UNIT PRICE | E. ESTIMATED AMOUNT | D. UNIT PRICE | E. ESTIMATED AMOUNT | D. UNIT PRICE | E. ESTIMATED AMOUNT | D. UNIT PRICE | E. ESTIMATED AMOUNT |
| 0015AA | 2 | EA | 8.78 | 17.56 | 15.00 | 30.00 | | | | |
| 0015AB | 2 | EA | 10.02 | 20.04 | 15.00 | 30.00 | | | | |
| 0015AC | 2 | EA | 10.02 | 20.04 | 15.00 | 30.00 | | | | |
| 0015AD | 2 | EA | 21.71 | 43.42 | 15.00 | 30.00 | | | | |
| 0015AE | 2 | EA | 23.35 | 46.70 | 20.00 | 40.00 | | | | |
| 0015AF | 2 | EA | 31.47 | 62.94 | 25.00 | 50.00 | | | | |
| [illegible] | 2 | EA | 33.93 | 67.86 | 25.00 | 50.00 | | | | |
| 0015AH | 2 | EA | 37.45 | 74.90 | 30.00 | 60.00 | | | | |
| NOT-TO-EXCEED TOTAL FOR OPTION #2 0011AA-0015AH | | | | $ 1,976,684.76 | | $ 1,196,517.00 | | | | |
| 0016 | 1 | JB | 260,000.00 | 260,000.00 | 3,000.00 | 3,000.00 | | | | |
| GRAND TOTAL NTE BASIC, OPTION #1, OPTION #2, OPTION #3 CLINS 0001-0016 | | | | 5,867,589.42 ~~5,867,589.50~~ REVISED BID | | $ 3,152,174.00 | | | | |

OPTIONAL FORM 1419A (11-88)
Prescribed by GSA - FAR (48 CFR) 53.236-1

D & K Construction Co., Inc.
*General Contractors*
34 Route 22 West
Green Brook, NJ 08812
(908) 752-8200 • Fax (908) 752-8811

SEPTEMBER 1, 1995

DEPARTMENT OF THE AIR FORCE
438TH AIRLIFT WING
3563 LANCASTER AVE
MCGUIRE,N.J. 08641-1717
ATTN: KATHLEEN DEMITO-CONTRACTING OFFICER

RE: F28609-95-B-A044
RENOVATION OF BUILDINGS 2401,2402 AND 2403

DEAR MS. DEMITO:

D&K CONSTRUCTION CO., INC. IS PROTESTING THE BID OF CASTLE ABATEMENT ON THE ABOVE REFERENCED PROJECT. IN PARTICULAR, WE BELIEVE THE BID IS UNBALANCED, BEING EXCESSIVELY HIGH ON ITEMS 01AA,06AA AND 11AA AND DRASTICALLY UNDERSTATED FOR ITEM #16. EVALUATION OF BID ITEMS 1-5 SHOWS D&K CONSTRUCTION CO., INC. TO BE THE LOW BIDDER FOR THIS WORK WHILE FOR ITEMS 1-16 CASTLE ABATEMENT IS LOWER. WE BELIEVE THAT CASTLE'S BID IS UNBALANCED AND SHOULD BE REJECTED. FURTHERMORE AWARD OF ANYTHING LESS THAN THE FULL BID TO CASTLE IS REWARDING THE UNBALANCED BID AND NOT IN THE BEST INTEREST OF THE GOVERNMENT.

SINCERELY,

DILIP VERGHESE/PRESIDENT

AMC FUNDS MESSAGES

1000/01 Sep 95

FROM: 305 SPTG//CER

TO: HQ AMC SCOTT AFB IL//CER//

UNCLAS

SUBJ: Projects PTFL 92-1044, ADD/Repair 2402 for CE
PTFL 92-1046, ADD/Repair 2401 for CE/LGC
PTFL 92-1113, ADD/Repair 2403 for LGC

1. REQUEST FOR FUNDS:

A. FY95 FUNDS

B. FUND TYPE/EEIC: O&M/522
O&M/529

C. CURRENT CONTRACT COST: 0

D. FUNDS REQUIRED:

| | 522 | 529 |
|---|---|---|
| PTFL 92-1044 | $900,094 | $297,423 |
| PTFL 92-1046 | $581,634 | $297,400 |
| PTFL 92-1113 | $778,200 | $297,423 |
| TOTAL | $2,259,928 | $892,246 |

E. CWE: $2,918,000

F. CONTRACT TOTAL: $3,152,174

G. Funds are required to award work to the low bidder. The three project were advertise as a single contract. The PCMS has been updated to show the low bid.

H. THIS IS/NOT A CHANGE IN SCOPE. - N/A

I. THIS IS/NOT A DIFFERING SITE CONDITION. - N/A

J. THIS IS/NOT AN A-E DESIGN DEFICIENCY . - N/A

2. POC: R. H. Kline, 440-6183

CC: HQ AMC/CEPD
305 CPTS/FMB

~~FOR OFFICIAL USE ONLY~~

that allows us to go out and solicit bids, so you should see a correlation between the reserved amount on the funds reservation e-mail and the initial typed in amount on the PR. Once bids are received and we determine an acceptable responsible low bidder and we want to obtain funds for contract award, we advise AMC. They provide funds and the amount on each PR is revised before signatures are applied and it's an actual funded document.

Q Now, what does AMC stand for?

A Air Mobility Command.

Q And what does PR stand for?

A Request for purchase.

Q I want you to turn now to Air Force Rule 4 File Tab 21. Do you recognize this document?

A Yes, I do.

Q And what is this document?

A This is a document that my design section sends up to AMC after we've determined the low bidder and we're requesting actual funds to allow award of a contract.

Q Now, in paragraph 1B labeled fund type, do you see that?

A Yes, I do.

Q Do you know what the references are there to O&M/522 and then O&M/529?

A In paragraph B, they're asking us to advise them

of the type of funds we need and the EEIC which is basically based on the work classification. The fund type was O&M funds. The EEIC 522 funds are provided for repair work, 529 funds are provided for minor construction work.

JUDGE DICUS: What does O&M stand for, Mr. Wilson?

THE WITNESS: Operations and maintenance.

BY MR. LACKERMANN:

Q Do you see in paragraph G of this document it says that "Funds are required to award work to the low bidder. The three projects were advertised as a single contract"? Do you see where I'm reading?

A Yes, I do.

Q Do you know of any prohibition against awarding more than one project in a single contract?

A No, I don't. We've done it a number of times in the past when it makes sense.

Q I'd like to recover that volume and have you turn to Air Force Rule 4 File Tab 31. Specifically, there's four pages in this tab and I'd like you to look at the second, third and fourth pages. Do you recognize these documents?

A Yes, I do.

Q And what are these documents?

A This is the contract progress schedule, Form 3064.

Q And why are there three of these documents?

A Because we have three separate projects, three