**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| UNITED PACIFIC INSURANCE COMPANY,<br>RELIANCE INSURANCE COMPANY, and<br>RELIANCE NATIONAL,<br>Plaintiffs | : | No. 1:05–CV-00107 |
| v. | : | Judge Firestone |
| THE UNITED STATES,<br>Defendant | : | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE *SUR* BRIEF**
**IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Respectfully Submitted,

**POST & SCHELL, P.C.**

Dated: May 24, 2005

/s/ Gary A. Wilson

Gary A. Wilson
PA Attorney I.D. #39995
John W. Dornberger
PA Attorney I.D. #69293
Steven K. Bainbridge, Esquire
PA Attorney I.D. # 91018
Four Penn Center
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103-2808
(215) 587-1000
(215) 587-1444 (fax)
gwilson@postschell.com
jdornberger@postschell.com
sbainbridge@postschell.com

Attorneys for Plaintiffs
United Pacific Insurance Company,
Reliance Insurance Company, and
Reliance National

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| UNITED PACIFIC INSURANCE COMPANY,<br>RELIANCE INSURANCE COMPANY, and<br>RELIANCE NATIONAL,<br>Plaintiffs<br><br>v.<br><br>THE UNITED STATES,<br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br>No. 1:05–CV-00107<br><br>Judge Firestone |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A *SUR* BRIEF**
**<u>IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS</u>**

**AND NOW,** come the Plaintiffs United Pacific Insurance Company, Reliance Insurance Company, and Reliance National, by and through their attorneys Post & Schell, P.C., to file this Motion for Leave to file *Sur* Brief in Opposition to Defendant's Motion to Dismiss and to request oral argument on the instant Motion, and in support thereof hereby aver the following:

1. The United States, Defendant, (hereafter the "Government") filed a Motion to Dismiss in this matter, accompanied by a supporting brief.

2. Plaintiffs (hereafter collectively "United") filed a Brief in Opposition to Defendant's Motion to Dismiss.

3. The Government filed a Reply Brief thereto.

4. United seeks now to file a concise response in the form of a *Sur* brief to the Government's Reply Brief for several reasons. A true and correct copy of the proposed *Sur* brief of United is attached hereto as Exhibit "A".

5. First, the recent decision in <u>Tesoro Hawaii Corporation v. United States</u>, ___ F.3d ___, 2005 U.S. App. LEXIS 7092; 2005 WL 949074, (Fed. Cir. 2005) (hereafter "<u>Tesoro II</u>")

was decided on April 26, 2005. Tesoro II was published *after* United filed its Brief in Opposition to the Motion to Dismiss. The Tesoro II decision impacts the legal analyses of the application of waiver to this matter by mooting the waiver analyses in several cases that have been cited by both United and the Government. United therefore requests the opportunity to brief the Court on its position of the impact of Tesoro II on the application of waiver to this case.

6. Secondly, in United's estimation, the Government's Reply Brief mischaracterizes United's position and legal arguments with respect to its opposition to the Motion to Dismiss necessitating clarification.

7. United sought concurrence in this Motion for Leave from the Government's counsel. The Government's counsel did not concur.

8. United respectfully requests the opportunity to respond to the Government's Reply Brief.

9. Further, United intends to request argument on the Motion to Dismiss in its *Sur* brief pursuant to USCS Claims Ct. Appx. §20 (2005). Should the Court not grant the instant Motion, United by this Motion also requests that the Court permit argument on the Motion.

**WHEREFORE,** Plaintiffs respectfully request that this Honorable Court grant Plaintiffs leave to file a *Sur* Brief to respond to Defendant's Reply Brief regarding Defendant's Motion to Dismiss.

Respectfully Submitted,

**POST & SCHELL, P.C.**

Dated: May 24, 2005

/s/ Gary A. Wilson
Gary A. Wilson
PA Attorney I.D. #39995
John W. Dornberger

PA Attorney I.D. #69293
Steven K. Bainbridge, Esquire
PA Attorney I.D. # 91018
Four Penn Center
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103-2808
(215) 587-1000
(215) 587-1444 (fax)
gwilson@postschell.com
jdornberger@postschell.com
sbainbridge@postschell.com

Attorneys for
United Pacific Insurance Company,
Reliance Insurance Company, and
Reliance National,

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| UNITED PACIFIC INSURANCE COMPANY, RELIANCE INSURANCE COMPANY, and RELIANCE NATIONAL, Plaintiffs | : | No. 1:05–CV-00107 |
| | : | Judge Firestone |
| v. | : | |
| THE UNITED STATES, Defendant | : | |

**CERTIFICATE OF NON-CONCURRENCE**

I hereby certify that on May 17, 2005 I sought the concurrence of Michael N. O'Connell, Esquire, counsel for Defendant The United States, as it relates to this Motion for Leave to File *Sur* Brief in Opposition to Defendant's Motion to Dismiss. Mr. O'Connell advised that he does not concur with this Motion.

Respectfully submitted,

POST & SCHELL, P.C.

/s/ Gary A. Wilson

Gary A. Wilson, Esquire
PA Attorney I.D. #39995
John W. Dornberger, Esquire
PA Attorney I.D. #69293
Steven K. Bainbridge, Esquire
PA Attorney I.D. #91018
Four Penn Center
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103-2808
(215) 587-1000
(215) 587-1444 (fax)
gwilson@postschell.com
jdornberger@postschell.com
sbainbridge@postschell.com

Dated: May 24, 2005

**CERTIFICATE OF SERVICE**

I, Gary A. Wilson, Esquire, of Post & Schell, P.C., hereby certify that on this 24th day of May, 2005, a copy of the foregoing **PLAINTIFFS' MOTION FOR LEAVE TO FILE *SUR* BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Michael N. O'Connell, Esquire
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
ATTN: Classification Unit
1100 L Street, N.W.
Washington, DC 20530

/s/ Gary A. Wilson
Gary A Wilson