**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| UNITED PACIFIC INSURANCE COMPANY,<br>RELIANCE INSURANCE COMPANY, and<br>RELIANCE NATIONAL,<br>Plaintiffs<br><br>v.<br><br>THE UNITED STATES,<br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 1:05–CV-00107<br><br>Judge Firestone |

**ORDER**

**AND NOW,** upon consideration of Plaintiff's Motion for Leave to file *Sur* Brief in Opposition to Defendant's Motion to Dismiss, it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED**. Plaintiff shall file its *Sur* Brief with the Clerk of Court within five (5) days of the docketing of this Order.

______________________________
**J.**