# In the United States Court of Federal Claims

**No. 05-107C**
**(Filed: May 27, 2005)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **UNITED PACIFIC INSURANCE** | * |
| **CO., RELIANCE INSURANCE CO.,** | * |
| **and RELIANCE NATIONAL,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**ORDER**

The court is in receipt of the plaintiffs' motion, filed May 24, 2005, for leave to file a sur-reply in opposition to defendant's motion to dismiss. Defendant opposes plaintiffs' request for leave. After consideration, plaintiffs' motion for leave is **GRANTED**. Plaintiffs shall file a sur-reply by **Friday, June 3, 2005**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges