**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| UNITED PACIFIC INSURANCE COMPANY,<br>RELIANCE INSURANCE COMPANY, and<br>RELIANCE NATIONAL,<br>Plaintiffs<br><br>v.<br><br>THE UNITED STATES,<br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br>No. 1:05–CV-00107<br><br>Judge Firestone |

**PLAINTIFF'S RCFC 7.1 DISCLOSURE STATEMENT**

**AND NOW**, come the Plaintiffs, **United Pacific Insurance Company, Reliance Insurance Company**, and **Reliance National**, by and through their attorneys, Post & Schell, P.C., to file this RCFC 7.1 Disclosure Statement, and in support thereof hereby aver the following:

1. There is no parent corporation for United Pacific Insurance Company, Reliance Insurance Company, or Reliance National. Reliance Group Holdings was the parent corporation of all three entities. All three entities, amongst others, were merged into Reliance Insurance Company. Reliance Insurance Company is presently in liquidation. By Order of the Pennsylvania Commonwealth Court dated October 3, 2001, the Commissioner of the Pennsylvania Department of Insurance has been appointed liquidator of Reliance Insurance Company. (See Exhibit 1, Order of Liquidation, dated October 3, 2001, issued by the Honorable Judge Collins of the Commonwealth Court of Pennsylvania.)

2. For clarity, the following entities have been merged into **Reliance Insurance Company**:

Reliance National Indemnity Company
**Reliance National Insurance Company**
**United Pacific Insurance Company**

Reliance Direct Company
Reliance Surety Company
Reliance Universal Insurance Company
United Pacific Insurance Company of New York
Reliance Insurance Company of Illinois

3. No publicly held corporation owns 10% or more of the Stock of Plaintiffs. United Pacific Insurance Company, Reliance Insurance Company, and Reliance National are in liquidation under the direction of the Commissioner of the Pennsylvania Department of Insurance. (See Exhibit 1, Order of Liquidation, dated October 3, 2001, issued by the Honorable Judge Collins of the Commonwealth Court of Pennsylvania.)

Respectfully Submitted,

**POST & SCHELL, P.C.**

Dated: July 6, 2005

/s/ Gary A. Wilson

Gary A. Wilson
PA Attorney I.D. #39995
Four Penn Center
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103-2808
(215) 587-1000
(215) 587-1444 (fax)
gwilson@postschell.com

Attorneys for
United Pacific Insurance Company,
Reliance Insurance Company, and
Reliance National

# CERTIFICATE OF SERVICE

I, Gary A. Wilson, Esquire, of Post & Schell, P.C., hereby certify that on the date stated below, a copy of the foregoing **RCFC 7.1 Disclosure Statement** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Michael N. O'Connell, Esquire
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
ATTN: Classification Unit
1100 L Street, N.W.
Washington, DC 20530

Dated: July 6, 2005

/s/ Gary A. Wilson
Gary A. Wilson