# In the United States Court of Federal Claims

**No. 05-107C**
**(Filed: August 26, 2005)**

*** * * * * * * * * * * * * * * * ***

**UNITED PACIFIC INSURANCE CO., RELIANCE INSURANCE CO., and RELIANCE NATIONAL,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

*** * * * * * * * * * * * * * * * ***

## ORDER

Oral argument on defendant's motion to dismiss shall be heard on **Tuesday, September 20, 2005 at 10:00 a.m. eastern time** at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. Counsel for each party shall appear in person. The courtroom number will be posted in the lobby on the day of the proceeding.

At the argument the parties should be prepared to address:

1) First, whether the plaintiffs' complaint should be dismissed for failure to state a claim upon which relief may be granted in light of the Federal Circuit's decisions in the AT&T cases. American Telephone and Telegraph Co. v. United States, 177 F.3d 1368 (Fed. Cir. 1999) (en banc); 307 F.3d 1374 (Fed. Cir. 2002).

2) Second, the parties shall address when a claim to void a contract based on illegality accrues for statute of limitations purposes.

3) The government's additional arguments for dismissal shall be heard after a full discussion of these failure to state a claim and statute of limitations issues.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges