# In the United States Court of Federal Claims

**No. 05-107 C**
**Filed: September 28, 2005**

**UNITED PACIFIC INSURANCE CO.,**
**RELIANCE INSURANCE CO., and**
**RELIANCE NATIONAL**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion, filed September 28, 2005,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice. Each party is to bear its own costs.

Brian Bishop
Clerk of Court

September 28, 2005 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.