ORIGINAL

FILED
NOV 2 3 2005
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| UNITED PACIFIC INSURANCE COMPANY, RELIANCE INSURANCE COMPANY, and RELIANCE NATIONAL, Plaintiffs | : | No. 1:05–CV-00107 |
| | : | NOTICE OF APPEAL |
| v. | : | |
| THE UNITED STATES, Defendant | : | |

Notice is hereby given that Plaintiffs UNITED PACIFIC INSURANCE COMPANY, RELIANCE INSURANCE COMPANY, and RELIANCE NATIONAL in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this action on September 28, 2005.

Respectfully Submitted,

**POST & SCHELL, P.C.**

Dated: November 22, 2005

Gary A. Wilson
PA Attorney I.D. #39995
Four Penn Center
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103-2808
(215) 587-1000
(215) 587-1444 (fax)
gwilson@postschell.com

Attorneys for Plaintiffs
United Pacific Insurance Company,
Reliance Insurance Company, and
Reliance National