ORIGINAL

# United States Court of Appeals for the Federal Circuit

FILED
NOV 15 2006
U.S. COURT OF FEDERAL CLAIMS

06-5023

UNITED PACIFIC INSURANCE COMPANY,
RELIANCE INSURANCE COMPANY,
and RELIANCE NATIONAL,

Plaintiff-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

*ON APPEAL from the* UNITED STATES COURT OF FEDERAL CLAIMS

*in CASE NO(S).* 05-CV-107

*This CAUSE having been heard and considered, it is*

*ORDERED and ADJUDGED:* AFFIRMED

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: [signature] Date: 11/13/06

*ENTERED BY ORDER OF THE COURT*

*DATED* SEP 20 2006

[signature]

*Jan Horbaly, Clerk*

**ISSUED AS A MANDATE:** NOV 13 2006